[No. 10736-4-I. Division One. December 19, 1983.]

JOHN MANDIC, *as Personal Representative,* ET AL, *Appellants,* v. KENNETH A. BIANCHI, *Defendant,* WHATCOM SECURITY AGENCY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-2-00027-1, Marshall Forrest, J.,

entered August 7, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Ringold, JJ.